# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JEFFREY MAIER, individually and on**
**behalf of the Swamps Motorsports Group**
**Health and Dental Insurance Plan, and**
**JAMI MAIER, individually,**

    **Plaintiffs,**

**v.**

**BOUNDS PERFORMANCE, INC. d/b/a**
**SWAMPS MOTORSPORTS and**
**JENIFER M. SCHARSCH, individually,**

    **Defendants.**

**NO. 3:22-cv-00339**

**JUDGE CAMPBELL**
**MAGISTRATE JUDGE HOLMES**

## ORDER

Pending before the Court is the Magistrate Judge Holmes' Report and Recommendation (Doc. No. 41), which was filed on November 9, 2023, recommending that Plaintiffs' unopposed motion (Doc. No. 38) for default judgment against Defendants Bounds Performance, Inc. and Jenifer M. Scharsch individually and jointly and severally be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiffs' motion for default judgment (Doc. No. 38) is **GRANTED**, and Plaintiffs are awarded damages in the following amounts:

    a. Principal amount of $27,165.07 assessed against Bounds Performance, Inc. and Jenifer M. Scharsch individually and jointly and severally, and principal amount of $791.10 assessed solely against Bounds Performance, Inc.;

b. Pre-judgment interest of $1,926.52 against against Bounds Performance, Inc. and Jenifer M. Scharsch individually and jointly and severally; and prejudgment interest of $56.10 solely against Bounds Performance, Inc., for a total of $1,982.62;

c. Post-judgment interest accruing at a rate to be computed in accordance with 28 U.S.C. § 1961(b); and

d. Reasonable attorney's fees in an amount to be determined by subsequent motion.

This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58. Within thirty days of the entry of this Order of final judgment, Plaintiffs shall file a motion for an award of attorney's fees and related nontaxable expenses in accordance with Local Rule 54.01.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2